The relief described hereinbelow is SO ORDERED

Done this 26th day of September, 2016.

*Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge



_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| DENISE REN'EE CURRY, | ) | |
| | ) | CASE NO. 15-31236-DHW |
| Debtor. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ADV. PROCEEDING NO. 16-03084-DHW |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE REN'EE CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER AND JUDGMENT OF NONDISCHARGEABILITY
### [Army and Air Force Exchange Service]

Based upon the Joint Stipulation of the parties, **IT IS HEREBY ORDERED ADJUDGED AND DECREED**:

1.  The sum of $9,138.92, plus interest, owed by Defendant to Plaintiff is found

1

to be nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A) and Plaintiff is granted judgment against Defendant in this amount.

2. The parties agree that the nondischargeable sum of $9,138.92 shall be satisfied in full and paid through the Defendant's Chapter 13 Plan as a Specially Classed Unsecured Claim, paid through Trustee at 9.99% interest, in the sum of $9,138.92 with Specified Monthly Payments of $250.00. Debtor's monthly payment to Trustee will increase to $506.00 per month. Entry of this Agreed Order will operate as a modification of Defendant's Chapter 13 bankruptcy plan.

3. In the event Defendant defaults in payments, and/or is dismissed from the Chapter 13 case, Plaintiff shall declare the sum of $9,138.92, plus interest, immediately due and payable.

4. Plaintiff will refrain from pursing its rights to otherwise recover this debt under this agreement as long as Defendant continues to make payments as set forth herein through the Chapter 13 Trustee. If Defendant defaults in making payment, Plaintiff shall have the right to pursue any legally available remedy, including submitting this debt to the Treasury Offset Program, without further notice.

5. Defendant understands that she is waiving the right to a trial. Defendant has carefully considered this settlement with an attorney of Defendant's choice, or has voluntarily elected not to do so, after being given the opportunity.

6. The parties agree to bear their own costs and expenses in this matter.

Defendant, Denise Ren'ee Curry, by and through counsel; United States of America, by and through counsel; and Acting Chapter 13 Trustee, Sabrina L. McKinney,

have reviewed this order and consent to the agreement therein.

###END OF ORDER###

This Order Jointly Submitted by:

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/DeAnne M. Calhoon
DEANNE M. CALHOON
Assistant United States Attorney
U.S. Attorney's Office
Middle District of Alabama
P. O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-551-1714
DeeDee.Calhoon@usdoj.gov

/s/Christopher L. Stanfield
Christopher L. Stanfield
Counsel for Denise Ren'ee Curry
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36311

3